Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### District of Utah
_____ Division

**FILED**
**2024 MAY 28 PM 3:55**
**CLERK**
**U.S. DISTRICT COURT**

Kalie Jones, Nicholas Hulse, ~~Freya Hulse, Viktoria Peterson, Ruby Peterson, Healer Jones~~

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attatched (!)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case: 2:24-cv-00368
Assigned To : Romero, Cecilia M.
Assign. Date : 5/22/2024
Description: Jones et al v. Aver Health et al

Jury Trial: *(check one)* ☑ Yes ☐ No

**RECEIVED CLERK**
**MAY 2 2 2024**
**U.S. DISTRICT COURT**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

 Gmail

Nick Hulse <nickbit081@gmail.com>

(1)

## (no subject)

**Kalie Jones-Hulse** <kaliejoneshulse@gmail.com>  Tue, May 21 at 12:25 PM
To: Nick Hulse <nickbit081@gmail.com>

Kalie Jones — PLANTIFF
4537 Flower Point
Eagle Mountain, UT 84005
Kaliejoneshulse@gmail.com
801-450-0053
May 22, 2024

1) Aver Health
Mr. Jason Herzong CEO
Mr. David Flood CFO
Mr. Jeff Herr CIO
Ms. Domonique Deleganes COO
2916 W. Marshall St., Suite A
Richmond, VA 23220
8666803106
INDIVIDUAL & COMPANY

2) AverTest and AverSys
Viral Mennon
Tonya Mitchell
Eugene Swinke
INDIVIDUAL & COMPAN
**LABORATORY**
4709 LaGuardia Drive, STE 100
St Louis, MO 63134

3) Utah Division of Family and Child Services
Western Regional Offices
Casey Christopherson
John Perkins
150 E. Center Street, Ste. 5100
Provo, 84606-3157
Phone: 801-374-7000
Director DCFS Salt Lake Metro
Ray Harris
1385 S State Street
Salt Lake City, UT 84115
Phone: 801-488-2620

4) ELIZABETH ALLRED
BUREAU FOR CONFLICT
PREVENTION AND
STABILIZATION
1300 PENNSYLVANIA AVE NW
WASHINGTON DC 20004

5) UTAH DEPT OF HEALTH

6) UTAH PROCUREMENT &
POLICY BOARD

7) PPS
PROFESSIONAL
PROBATION SERVICES

8) DCFS CASE WORKERS
LISA HOUCK
NANCY FOOTE
STEPHANIE WRIGHT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kalie Jones-Hulse and Nicholas Hulse |
| Address | 4537 Flower Point |
| City | EAGLE MOUNTAIN |
| State | UT |
| Zip Code | 84005 |
| County | UTAH |
| Telephone Number | 801-450-0053 |
| E-Mail Address | KALIEJONESHULSE@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | AVERHEALTH, DOMONIQUE DELEGANES COO |
| Job or Title (if known) | JASON HERZONG CEO, DAVID FLOOD CFO, JEFF HERR CIO. |
| Address | 2916 W MARSHALL ST, STE A |
| City | RICHMOND |
| State | VA |
| Zip Code | 23220 |
| County | |
| Telephone Number | 866-680-3106 |
| E-Mail Address (if known) | DDELAGNES@AVERHEALTH.COM |

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | AVERTEST AND AVERSYS |
| Job or Title (if known) | LABORATORY MICHELLE GLINN   EUGENE SWINKE |
| Address | 4709 LAGUARDIA DRIVE, STE 100 |
| City | ST LOUIS |
| State | MO |
| Zip Code | 63134 |
| County | |
| Telephone Number | 866-680-3106 |
| E-Mail Address (if known) | MGLINN@AVERHEALTH.COM |

[✓] Individual capacity  [✓] Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

- Name: UTAH DIVISION OF CHILD AND FAMILY SERVICES
- Job or Title (if known): WESTERN REGIONAL OFFICES CASEY CHRISTOPHERSON J(
- Address: 150 E CENTER STREET, STE 5100
- City: PROVO
- State: UT
- Zip Code: 84606
- County: UTAH
- Telephone Number: 801-374-7000
- E-Mail Address (if known): CCHRISTO@UTAH.GOV
- [✓] Individual capacity    [✓] Official capacity

Defendant No. 4

- Name: UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES
- Job or Title (if known): ELIZABETH ALLRED
- Address: 195 North 1950 West
- City: SALT LAKE CITY
- State: UT
- Zip Code: 84116
- County: SALT LAKE
- Telephone Number: 801-538-410
- E-Mail Address (if known): DCFS@UTAH.GOV
- [✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✗] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? AVERHEALTH AND AVERTEST AND UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES AND UTAH DIVISION OF CHILD AND FAMILY SERVICES VIOLATED MY AND MY CHILDRENS 14TH AMENDMENT DUE PROCESS INTERFERENCE WITH PARENT CHILD RELATIONSHIP. AVERHEALTH IN VIOLATION WITH THEIR CONTRACT WITH DCFS CONDUCTED UNAUTHORIZED DRUG TEST USING MOUTH SWAB INSTEAD OF URINE THEREBY INFRINGING UPON MY RIGHTS AND DUE PROCESS OF THE US 14th AMMENDMENT.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? FEDERAL EMPLOYEE ELIZABETH ALLRED CONFLICT CPS ALLRED UNDER THE COLOR OF LAW TO COMMIT LIBEL AND DEFAMATION OF CHARACTER. VIOLATED MY JR 6th, 14th RIGHTS

DEFENDANT 5 DEPARTMENT OF HEALTH AND HUMAN SERVICES
195 N 1950 W SALT LAKE CITY, UTAH 84116

DEFENDANT 6  PROCUREMENT AND POLICY BOARD, PURCHASING
4315 S 2700 W SALT LAKE CITY UTAH 84116

DEFENDANT 7  PPS  PROFESSIONAL PROBATION SERVICES
AVERHEALTH OFFICIAL TESTING COLLECTION SITE
PROVO, UTAH
CLOSED BUSINESS AND WAS MOVED AND LOCKED IMMEDIATELY FOLLOWING THE EVIDENTIARY HEARING.

DEFENDANT 8   ELIZABETH ALLRED
UTAH CONFLICT CPS
BUREAU FOR CONFLIC
PREVENTION AND STABILIZATION
1300 PENNSYLVANIA AVE NW
WASHINGTON DC 20004

DEFENDANT 9   STEPHANIE WRIGHT
LISA HOUCK
NANCY FOOTE
DCFS CASEWORKERS
150 E. CENTER ST STE 5100
PROVO UT 84060
SWRIGHT@UTAH.GOV

DEFENDANT 10 UTAH COUNTY PUBLIC DEFENDERS OFFICE   MARGARET LINDSAY, ERIK JACOBSEN
180 N UNIVERSITY AVE STE 140
PROVO, UT 84601

DEF 11   UTAH ATTORNEY GENERAL   CLEAVE HATCH
CHILD PROTECTION   MICHAEL HOWARD
350 W 800 S
ROOSEVELT UT 84066

DEF 12   R. JOHN MOODY   JD OWLS, CASIA MARTHA PIERCE
ATTORNEY GUARDIAN AD LITEM
801-429-8501
PROVO UTAH 84060

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

MRS ALLRED COMMITED CRIMES OF LIBEL AND SLANDER AND FALSIFIED DOCUMENTS WHILE VIOLATING MY 1st, 4th AND 14 AMMENDMENTS TO COVERUP THE REPORTS OF ABUSE AND TO AID THE FOSTER CAREGIVERS IN KIDNAPPING MY CHILDREN

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
AVERHEALTH AND AVERTEST ACTED UNDER THE COLOR OF TH LAW BY BEING THE CONTRACTED TESTING PROVIDOR FOR FAMILY DEPENDANCY CASES. IT WAS REVEALED THAT IN THE 6 MILLION DOLLAR CONTRACT BETWEEN DCFS AND AVERHEALTH MOUTH SWAB DRUG TESTS WERE NOT ALLOWED EVEN IN THE EVENT OF NO SAME SEX COLLECTOR. IT WAS A VIOLATION OF MY RIGHTS FOR THEM TO PERFORM MOUTH SWABS.

I SHOULD NOT HAVE BEEN OFFERED OR FORCED TO SUBMIT TO THE SWAB, IT VIOLATED THE CONTRACT BETWEEN DCFS AVERHEALTH AND ME.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
PROFESSIONAL PROBATION SERVICES AVERHEALTH COLLECTION SITE PROVO UTAH
CASE WORKER LISA HOUK CHANGING TESTING TO SWABS WITHOUT A COURT ORDER AND HOLDING MY KIDS AND VISITS OVER OUR HEADS IF WE GOT A DIRTY —, COMMITING LIBEL AND SLANDER AND INTENTIONALLY DEPRIVING ME OF MY RIGHTS AS A PARENT AND CIVIL RIGHTS

B. What date and approximate time did the events giving rise to your claim(s) occur?
6/7/2022 ORAL FLUID POSITIVE METH  6/30/2022 ORAL FLUID POS METH AND ETHANOL
7/27/2022 POSITIVE ORAL FLUID METH , MULTIPLE COURT HEARINGS

SEE EXHIBIT 2

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
PLEASE SEE ATTACHED EVIDENTIARY HEARING ORDERS BUT I WAS FORCED TO SUBMIT TO ORAL FLUID DUE TO STAFF SHORTAGES AND NO SAME SEX COLLECTOR. I WAS UNCOMFORTABLE DOING THE TESTS. PLEASE SEE EXHIBIT 1
BREECH OF CONTRACT BETWEEN AVERHEALTH AND DCFS STATED THAT ORAL SWABS WERE NOT TO BE USED IN THE EVENT OF NO SAME SEX COLLECTOR. NEGLIGENCE TO ADHERE TO THE URINE TEST PROTOCAL RESULTED IN UNAUTHORIZED AND UNRELIABLE DRUG TESTING WHICH COST ME OVER 9 MONTHS OF ONLY SEEING MY CHILDREN 1 HOUR WEEK SUPERVISED AT DCFS OFFICE. JUDGE NELSON STATED THE TESTS WERE UNRELIABLE AND REMOVED FROM CASE WHILE COMMITING LIBEL AND 14th AMMENDMENT VIOLATIONS ATTEMPTING TO DISCRE DISCREDIT MY BY NAMING ERRONEOUS CHARGES FILED AGAINST ME IN A DIFFERENT COURT. HE SHOULD HAVE RECUSED HIMSELF FROM CASE

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

AS A RESULT OF THIS 14TH AMMENDMENT VIOLATION AMD UNFIT DUE PROCESS WE HAVE SUFFERED SIGNIFICANT EMOTIONAL DISTRESS AND PTSD. MY CHILDREN ENDURED BEING MENTALLY AND PHISICALLY AND SEXUALLY ABUSED WHILE IN FOSTERCARE. WE SUFFERED UNNECCARY EMOTIONAL DURESS AS THEY SAID KIDS WERE COMING HOME AND DUE TO THE FALSE POSITIVE ON JULY 27TH THE CHILDREN WERE TOLD THAT THEIR MOTHER COULDNT STAY CLEAN AND SOBER FOR THEM. ALL LIES ALL POSITIVE TESATS THROWN OUT IN COURT. TO DISCREDIT ME ERRONOUS AND MALICIOUS CHARGES WERE FILED AGAINST ME CITING 3 FALSE REPORST TO A GOVERNMENT OFFICIAL OR POLICE OFFICER FOR REPORTIMG THE BRUISES, WEIGHTLOSS AND SEVERE TRAUMA MY CHILDREN WERE ENDURING IN FOSTER CARE WHILE WE FOUGHT THESE FALSE POSITIVE DRUG TEST RESULTS. WE REPORTED THIS FAULTY DRUG TESTING TO THE KSL INVESTGATORS AND BEING FEATURED MULTIPLE SEGMENTS ON THE CHANNEL 5 NEWS. WE WERE MALICIOUSLY PROSECUTED FOR TELLING THE TRUTH ON MEDIA AND FINALLY AFTER 2 YEARS THE FAKE CHARGES HAV ALL BEEN DISMISSED AGAINST ME. I NOW HAVE A COMPLETE DISTRUST FOR THE ENTIRE JUVENILLE COURT SYSTEM, DCFS, GUARDIAN AD LITEMS OFFICE AND SUFFER SEFVER DEPRESSION AND ANXIETY. I ATTEND COUNSELING AND ANXIETY MANAGEMENT. I WAS UNABLE TO MAINTAIN OR FIND EMPLOYMENT AND MY HUSBAND LOST 3 GREAT JOBS

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. WE ARE SEEKING ACKNOWLEGEMENT OF BREACH OF CONTRACT BY DCFS AND AVERHEALTH BY OFFERING ORAL TESTS TO ME AT ANY TIME FOR ANY REASON IT WAS FORBIDDEN IN THE CONTRACT. .

2 WE WANT A CORRECTION OF THE RECORDS AND EVERY FALSE RECORD OR REPORT AND THE ENTIRE RECORD EXAMIONED AND OUR NAMES CLEARED OF ANY WRONG DOING.

3. MONETARY COMPENSATION IN TOTAL OF ~~SEVEN~~ MILLION DOLLARS. 6 MILLION DOLLARS IS THE AMOUNT THE STATE OF UTAH PAID AVERHEALTH FROM 2022-2023 FOR ITS DRUG TESTING CONTRACT AND 1 MILLION FOR DCFS KNOWING AND ALLOWING THIS VIOLATION OF MY 14TH AMMENDMENT RIGHTS TO CONTINUE AND NOT HONORING THER CONTRACT WITH AVERHEALTH TO ENSURE THE ACCURACY AND QUALITY OF THE DRUG TESTS.THE TOTAL DISREGARD FOR THE TESTING CONTRACT AND POTENTIAL EFFECTS OF UNRELIABLE DRUG TESTING WERE DEVASTATING AND POROVIDED MORE MALICIOUS PROSECUTION AND COMPLETE DEFIMATIN OF MY CHARACTER AND RECOVERY.

4. FORMAL APOLOGY FROM ALL PARTIES FOR THE DEPRIVATION OF MY RIGHTS AND LIBERTIES AND

\* 11 MILLION DOLLARS

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 23 2024

Signature of Plaintiff: [signed]

Printed Name of Plaintiff: KATIE JONES        NICK HULSE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City         State      Zip Code
Telephone Number: _____
E-mail Address: _____

Page 6 of 6